

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

# MEMO ENDORSED

BY ECF
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 3, 2022

Re: United States v. Tabitha Reichert
22 CR 00419

Your Honor:

    I represent the defendant in the above referenced matter. Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY. Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel. Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

    The defendant's father, Robert Reichert, has been in contact with my law office and has provided the details of the proposed trip to Knoebels Amusement Park at 391 Knoebels Blvd. in Elysburg, PA which is approximately 57 miles from where the defendant resides with her parents.

    Ms. Reichert is requesting permission to travel from August 4th to August 12, 2022. The defendant's brother, mother, father, and her children will all be present for the trip. Mr. Robert Reichert has communicated to me that the lodging and park tickets are prepaid.

    The Government consents to this request.

The foregoing request is granted. This resolves docket entry no. 15. SO ORDERED.

Dated: 8/5/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully,
/s/Matthew D. Myers
Attorney at Law

Cc: AUSA Maggie Lynaugh