

**Myers & Galiardo, LLP** | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc
D[ 'GEH

October 5, 2022

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

**Re: United States v. Tabitha Reichert**
**22 CR 00419**

Your Honor:

      I represent the defendant in the above referenced matter. Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY. Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel each time the defendant leaves the jurisdiction. Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

      Ms. Reichert is requesting permission to travel with her children from October 6th, 2022 thru October 9, 2022 to Ocean City, Maryland. She would be staying at Beachcomber Motel at 7500 Coastal Highway, Ocean City, Maryland.

      Secondly, Ms. Reichert needs to have an MRI on her wrist for removal of a cyst. Ms. Reichert's pre-trial officer informed the defendant that she needed judicial permission for the one day temporary removal of the bracelet. The ankle bracelet would be removed in the morning of the MRI and placed back on her ankle after the MRI was completed. We ask the Court's permission for this limited temporary removal while the MRI is conducted.

      The Government has no objection to either application.

cc: AUSA Maggie Lynaugh

Respectfully,

/s/Matthew D. Myers
Attorney

The foregoing requests are granted. This resolves docket entry no. 22.
SO ORDERED.

Dated: 10/7/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

N•Y•C