# MEMO ENDORSED



Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

November 15, 2022

Re: United States v. Tabitha Reichert
22 CR 00419

Your Honor:

    I represent the defendant in the above referenced matter. Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY. Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel each time the defendant leaves the jurisdiction. Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

    Ms. Reichert is requesting permission to travel with her family over the Thanksgiving holiday to Hershey Park, Pennsylvania on November 26, 2022.

    The Government has no objection to this application.

Respectfully,
/s/Matthew D. Myers
Attorney at Law

Cc: AUSA Maggie Lynaugh

The foregoing request is granted. Docket entry no. 26 is resolved. SO ORDERED.

Dated: 11/16/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.