

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

November 15, 2022

**BY E-MAIL**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tabitha Reichert*, 22 Cr. 419

Dear Chief Judge Swain:

    The parties write to request that the pretrial conference scheduled for November 17, 2022, be adjourned until December 20, 2022 at 10:30 a.m.  The defense additionally requests that the conference be held virtually so that the defendant does not have to travel from Pennsylvania on her limited budget.  The Government has no objection.

    The Government also respectfully requests that the time between today and the rescheduled conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to discuss a potential pretrial resolution of the case. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ M. Lynaugh
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

The foregoing requests are granted for the reasons stated above.  The conference is hereby rescheduled for December 20, 2022, at 10:30 a.m., and will be held virtually.  The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion from today's date through December 20, 2022, at 10:30 a.m. outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Docket entry no. 27 is resolved.  SO ORDERED.

Dated: 11/16/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.