

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

D[ 'GEH

December 8, 2022

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

# MEMO ENDORSED

**Re: United States v. Tabitha Reichert**
**22 CR 00419**

Your Honor:

    I represent the defendant in the above referenced matter.  Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY.  Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel each time the defendant leaves the jurisdiction.  Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

    Ms. Reichert is requesting travel permission from December 16-19, 2022 to visit family members and a friend in Allegheny County and Butler County, Pennsylvania which are ten minutes away from each other.  She will be staying at 10211 Twin Hill Road Extension, Wexford, PA 15090.

    The Government has no objection to this application.

cc: AUSA Maggie Lynaugh

Respectfully,

/s/Matthew D. Myers
Attorney

The foregoing request is granted.  This resolves docket entry no. 30.

Dated: 12/9/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

N • Y • C