## MEMO ENDORSED



Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 28, 2022

Re: United States v. Tabitha Reichert
22 CR 00419

Your Honor,

I represent the defendant in the above referenced matter. Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY. Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel each time the defendant leaves the jurisdiction. Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

Ms. Reichert is requesting travel permission from December 30, 2022 -January 2, 2023 to visit a family member in Butler County, PA. She will be staying at 10211 Twin Hill Road Extension, Wexford, PA 15090.

The Government has no objection to this application.

Cc: AUSA Maggie Lynaugh

Respectfully,
/s/Matthew D. Myers
Attorney at Law

> The foregoing request is granted.  This resolves docket entry no. 35.  SO ORDERED.
>
> Dated: 12/29/2022
> /s/ Laura Taylor Swain, Chief U.S.D.J.