

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

# MEMO ENDORSED

BY ECF
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 28, 2022

                Re: <u>United States v. Tabitha Reichert</u>
                      22 CR 00419

Your Honor:

     I represent the defendant in the above referenced matter. Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY. Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel each time the defendant leaves the jurisdiction. Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

     Ms. Reichert's mother is terminally ill. She requests permission to attend a concert with her mother from February 25, 2023 to February 26, 2023 in Wexford, PA. Personnel at a cancer center where the defendant's mother gets treatments have chipped in to purchase the tickets for the concert as my client is of meager means. The defendant would be staying at a hotel located at 2622 Wexford Bayne Road Sewickley, PA 15143 for the two days.

     The Government has no objection to this application.

                                       Respectfully,
                                       /s/Matthew D. Myers
                                       Attorney at Law

Cc: AUSA Maggie Lynaugh

                        The foregoing request is granted. SO ORDERED.

Dated: 1/31/2023
/s/ Laura Taylor Swain, Chief U.S.D.J.