

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

# MEMO ENDORSED

BY ECF
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

February 12, 2023

Re: United States v. Tabitha Reichert
22 CR 00419

Your Honor:

    I represent the defendant in the above referenced matter. Pre Trial Services in Pennsylvania is supervising Ms. Reichert at the request of SDNY. Pre Trial Services in Pennsylvania is requiring the Court to grant specific permission to travel each time the defendant leaves the jurisdiction. Ms. Reichert is fitted with an ankle monitor which tracks her whereabouts.

    As previously discussed, Ms. Reichert's mother is terminally ill. The defendant is spending as much time with her mother in these final days as she possibly can. Ms. Reichert requests permission to travel to Universal Studios and Walt Disney World from March 31, 2023 to April 8, 2023. Her mother, brother, and her children will be staying at 5900 American Way, Orlando, FL 32819.

    The Government has no objection to this application.

    Respectfully,
    /s/Matthew D. Myers
    Attorney at Law

Cc: AUSA Maggie Lynaugh

The foregoing request is granted. This resolves docket entry no. 39. SO ORDERED.

Dated: 2/16/2023
Laura Taylor Swain, Chief U.S.D.J.